Case 2:15-cv-03501-LDW-SIL Document 10 Filed 09/23/15 Page 1 of 2 PageID #: 71
Case 2:15-cv-03501-LDW-SIL Document 11 Filed 09/29/15 Page 1 of 2 PageID #: 73

D+F

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOE subscriber assigned IP address 67.84.12.86,

    Defendant.

_____/

Civil Action No. 2:15-cv-03501-LDW-SIL

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 29 2015 ★

LONG ISLAND OFFICE

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
### WITHOUT PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE**, Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action without prejudice. John Doe was assigned the IP address 67.84.12.86. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: September 23, 2015

Respectfully submitted,

By: _/s/ Jacqueline M. James_
Jacqueline M. James, Esq.
jjameslaw@optonline.net
The James Law Firm PLLC
445 Hamilton Avenue
Suite 1102
White Plains, New York 10601
Telephone: 914-358-6423
Facsimile: 914-358-6424
*Attorney for Plaintiff*

SO ORDERED
s/ Leonard D Wexler
_____
USDJ
CENTRAL ISLIP, NY
9/29/15

1

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Jacqueline M. James*
Jacqueline M. James